THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CY EXPO LLC, a Nevada limited liability company, <br><br> Defendant. | NO.   2:23-cv-00139-RSM <br><br> PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR ENTRY OF DEFAULT JUDGMENT |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff prays the Court for judgment against Defendant, CY Expo LLC

This motion is based on documents on file with the court and upon the attached affidavit of Russell J. Reid and exhibits hereto, the Declaration of Christopher Petty and exhibits thereto, which evidence Plaintiff is entitled to judgment against Defendant, CY Expo LLC.

//

//

//

//

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR ENTRY OF DEFAULT JUDGMENT–2:23-cv-00139-RSM
Page 1

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

DATED this 13th day of April, 2023.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: _____
Russell J. Reid, WSBA #2560
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff

## AFFIDAVIT

STATE OF WASHINGTON ) 
                    ) ss.
County of King      )

RUSSELL J. REID, being first duly sworn on oath, deposes and says:

1. I am one of the Plaintiff's attorneys and make this affidavit in support of Plaintiff's motion for judgment after entry of default.

2. Plaintiff Northwest Administrators, Inc. ("Northwest"), as the authorized administrative agent for and assignee of the Western Conference of Teamsters Pension Trust Fund (hereinafter "Trust"), brought this action to collect contributions, liquidated damages, interest, attorney's fees and costs due by reason of Defendant's employment of members of the bargaining unit represented by Local 631 of the International Brotherhood of Teamsters (hereinafter "Local").

3. As evidenced by the records on file with the court, an Order of Default has been entered against Defendant. (See **Exhibit A** attached hereto).

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT--2:23-cv-00139-RSM
Page 2

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

4. As alleged by Plaintiff in paragraph I of its Complaint, it is a Washington corporation doing business in King County.

5. As alleged by Plaintiff in paragraph V of its Complaint, Defendant is a Nevada limited liability company.

6. The Court has jurisdiction over the subject matter of this action under Section 502 (e)(1) and (f) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1132 (e)(1) and (f) and under Section 301 (a) of the Taft-Hartley Act, 29 U.S.C. §185 (a).

7. As alleged by Plaintiff in paragraph VI of its Complaint, Defendant is bound to a collective bargaining agreement (See Petty Dec, Ex. A) with the Trust under which the Defendant is required to promptly and fully report for and pay monthly contributions to the Trust at specified rates for each hour of compensation (including overtime, holidays, vacation and sick leave) the Defendant pays to its employees who are members of the bargaining unit represented by the Local (such bargaining unit members are any of the Defendant's part time or full time employees who perform any work task covered by the Defendant's labor agreement with the Local, whether or not those employees ever actually join the Local).

8. As alleged by Plaintiff in paragraph VII of its Complaint, Defendant specifically accepted the Plaintiff's Trust Agreement. (Petty Dec., Ex. B, Article IV, Section 3, p. 6).

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT–2:23-cv-00139-RSM
Page 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

9. By accepting the Trust's Agreement and Declaration of Trust, Defendant agreed to pay to the Trust liquidated damages equal to twenty percent (20%) of all delinquent and delinquently paid contributions and interest at varying annual rates (*see,* **Ex B attached hereto – IRC 6621 Table of Underpayment Rates (a)(2)**) accruing upon such contribution delinquencies, as well as reasonable attorneys' fees and costs the Trust incurs in connection with Defendant's unpaid obligations. (Petty Dec., Ex. B, Article IV, Section 3, p. 6).

10. Defendant made delinquent payment of Trust contributions for the period October 2022 through December 2022 (Petty Dec., Ex. F), and is accordingly obligated for liquidated damages in the amount of $5,476.49, as well as interest (**Exhibit B** attached hereto) in the amount of $249.17 for the period October 2022 through December 2022.

11. Plaintiff has incurred attorneys' fees of $1,047.00 and costs of $502.00 in connection with Defendant's delinquently paid and unpaid obligations. **Exhibit C,** attached hereto, sets forth the true and correct itemization of attorney and non-attorney time spent on his matter. The attorney's hourly rate does not incorporate the cost of work performed by non-attorneys. Consistent with *Trustees of Construction Industry v. Redland Insurance Company,* 460 F.3d 1253 (9th cir., 2006) the award of fees for both attorneys and non-attorneys is customary and fees for both attorneys and non-attorneys have been approved by numerous judges in the United States District Court for the Western District of Washington. True and

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR ENTRY OF DEFAULT JUDGMENT–2:23-cv-00139-RSM
Page 4

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

correct copies of the Orders awarding fees and declarations showing the fees awarded were for work by attorneys and non-attorneys are attached hereto as **Exhibit D**.

12. Based upon the pleadings heretofore filed with the Court, upon the foregoing information and exhibits hereto, it has been evidenced as follows:

    A. This action is properly within the jurisdiction of the Court and venue is proper;

    B. Defendant is in default herein;

    C. Defendant has contractual obligations to promptly and fully to report for and pay contributions to the Trust at specified rates on behalf of each of Defendant's employees who is a member of the bargaining unit represented by the Local;

    D. Defendant specifically accepted the Plaintiff Trust's Agreement and thereby agreed to pay Plaintiff Trust liquidated damages equal to twenty percent (20%) of all delinquent and delinquently paid contributions and interest at varying rates accruing on the delinquent contributions from the date due until fully paid, as well as all attorneys' fees and costs including audit expenses if applicable, which Plaintiff incurs in the collection of all of Defendant's unpaid obligations;

    E. Based on Defendant's delinquently paid contributions for the months of October 2022 through December 2022, Defendant is liable for liquidated

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT--2:23-cv-00139-RSM
Page 5

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

damages of $5,476.49, as well as interest in the amount of $249.17 for the period October 2022 through December 2022.

F. Defendant is further liable for attorney's fees of $1,047.00 and court costs of $502.00.

13. Accordingly, Plaintiff is entitled to take judgment against Defendant for the total amount of $7,274.66: $5,476.49 in liquidated damages; $249.17 in pre-judgment interest; $1,047.00 in attorneys' fees, and $502.00 in costs.

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Executed this 13th day of April 2023, at Seattle, King County, Washington.

_____
Russell J. Reid, WSBA #2560

SUBSCRIBED AND SWORN to before me this 13th day of April, 2023.

_____
Print Name: Shelly Azus
Notary Public in and for the State of
Washington, residing at Covington WA
My commission expires: 12/09/26

**SHELLY AZUS**
**NOTARY PUBLIC #68304**
**STATE OF WASHINGTON**
**COMMISSION EXPIRES**
**DECEMBER 9, 2026**

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT–2:23-cv-00139-RSM
Page 6

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925