THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CY EXPO LLC, a Nevada limited liability company, <br><br> Defendant. | NO.   2:23-cv-00139-RSM <br><br> ORDER GRANTING MOTION FOR DEFAULT JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | CY Expo LLC |
| Liquidated Damages | $5,476.49 |
| Interest to Date of Judgment | $249.17 |
| Attorney's Fees: | $1,047.00 |
| Costs: | $502.00 |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits

thereto and the Declaration of Christopher Petty and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Local 631 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Trust Fund's Declaration of Trust: for liquidated damages of $5,476.49, for pre-judgment interest of $249.17, for attorney's fees of $1,047.00, and for costs of $502.00; all for a total of $7,274.66.

DATED this 25th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff