# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br> v. <br><br> CY EXPO LLC, a Nevada limited liability company, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. C23-139 RSM |

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiff is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Local 631 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Trust Fund's Declaration of Trust: for liquidated damages of $5,476.49, for pre-judgment interest of $249.17, for attorney's fees of $1,047.00, and for costs of $502.00; all for a total of $7,274.66.

DATED this 25th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

*s/Serge Bodnarchuk*
Deputy Clerk